**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LYNDA CESIOO,

                        Plaintiff,                    20 **CIVIL** 10519 (ER)

        -against-                          **<u>JUDGMENT</u>**

RITE AID OF NEW YORK and 1199 SEIU
UNITED HEALTHCARE WORKERS EAST,

                      Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 9, 2022, Defendants' motions to dismiss are GRANTED. Ce-siro's NYSHRL and WCHRL claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
           February 9, 2022

                                                            **RUBY J. KRAJICK**
                                                                Clerk of Court
                                          BY:
                                                                Deputy Clerk